Opinion issued June 26, 2025



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00415-CV

———————————

## IN RE STACEY W. BURNS, INDIVIDUALLY; STACEY W. BURNS D/B/A ARROW ELECTRICAL SERVICES, AND BILLY WAYNE BRIGGS, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators Stacey W. Burns, individually, Stacey W. Burns d/b/a Arrow Electrical Services, and Billy Wayne Briggs have filed a petition for writ of mandamus, requesting that we order the trial court to vacate its February 24, 2025

order denying relators' Motion to Compel Veterans Affairs Authorization for Plaintiff David Joseph Medina.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

---

[1] The underlying case is *David Joseph Medina and Sarah Medina v. Stacey W. Burns, individually, Stacey W. Burns d/b/a Arrow Electrical Services and Billy Wayne Briggs*, cause number 2023-63387, pending in the 164th District Court of Harris County, the Honorable Cheryl Elliott Thornton presiding.